United States District Court
Southern District of Texas
FILED November 4, 2011

To whom it may concern,

NOV - 7 2011

Clerk of Court

I wish to object to the release of any of my personal information in regards to case **number 4:11-CV-03041.**

Thank you for your cooperation in this matter,

Leisa Dame

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:11-CV-03041 |
| DOES 1-114 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of Texas ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Subpoena Compliance/Custodian of Records, Charter Communications, LLC c/o Illinois Corporation Service Company, 801 Adlai Stevenson Drive, Springfield IL 62703-4261

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control Addresses of all persons whose IP addresses are listed in attached spreadsheet. We will be pleased to provide to you in the most efficient and cost effective format if you let us know what your prefferred-format is.

| Place: Steele Hansmeier PLLC<br>161 N Clark St Ste 3200<br>Chicago IL 60601 | Date and Time:<br>11/30/2011 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___09/21/2011___

*CLERK OF COURT*

OR

_____    _/s/ John Steele_____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
FIRST TIME VIDEOS, LLC                          , who issues or requests this subpoena, are:
John Steele, Steele Hansmeier PLLC, 161 N Clark St Ste 3200, Chicago 60601
jlsteele@wefightpiracy.com; (312) 880-9160



Ms. Leisa Dame
7300 Briarwyck Ct.
Fort Worth, TX 76137

Court Clerks Office
P.O. Box 61010
Houston, TX 77208

7720810101 0

United States Courts
Southern District of Texas
FILED
NOV 7 2011
David J. Bradley, Clerk of Court