IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRST TIME VIDEO, LLC<br>Plaintiff,<br><br>v.<br><br>DOES 1 – 114,<br><br>Defendants. | CIVIL ACTION NO. 4:11-cv-3041<br><br>Judge: Melinda Harmon<br><br><br><br>**ORDER** |

## ORDER DISMISSING WITHOUT PREJUDICE

The Court has reviewed Plaintiff's Motion for Dismissal Without Prejudice for all causes of action against all Does.

IT IS ORDERED that this case is hereby DISMISSED without prejudice to refiling.

DATED: 3-2-2012

_____
United States District Judge
Melinda Harmon